**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DAVION DILLIHUNT, | ) | NO. ED CV 12-1049-E |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

Pursuant to the "Order of Dismissal," this action is dismissed without prejudice.

DATED: March 1, 2013

_____/S/_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE